Warren Sales Company for use of Warren Boat Company, Appellee, v. J. L. Shaw, Appellant.

Gen. No. 20,659.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1914.  Affirmed.  Opinion filed October 15, 1915. Rehearing denied November 5, 1915.

## Statement of the Case.

Action of the first class in the Municipal Court of Chicago by Warren Sales Company for the use of Warren Boat Company, a corporation, against J. L. Shaw, defendant, to recover $1,450, balance alleged to be due under a contract for the manufacture and delivery of a hydroplane, and also for the sum of $240.66, for other goods sold and delivered.  Defendant filed an affidavit of merits denying that plaintiff made and delivered the hydroplane as per contract and denying that there was due from defendant to plaintiff $1,450 or any other sum of money, and alleging that plaintiff was indebted to defendant for failure to deliver the

hydroplane on May 1, 1913, as provided in the contract, and that by reason of such failure defendant was entitled to recover from plaintiff the sum of $5 per day "as provided in the contract." Defendant also filed a "statement and affidavit of claim on set-off," the items of which aggregated $1,772.61. To this plaintiff filed an affidavit of merits. The case was tried by the court without a jury, and the issues were found against defendant and plaintiff's damages were assessed at the sum of $1,152.71. A motion for a new trial was overruled and judgment was entered on the verdict. From this judgment, defendant appeals.

ELA, GROVER & MARCH, for appellant; FRANK R. GROVER, of counsel.

WILLIAM A. JENNINGS, for appellee.

MR. PRESIDING JUSTICE SCANLAN delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 482*—*when record does not present question of law for review.* Where, on appeal from a judgment of the Municipal Court of Chicago in an action of the first class tried without a jury, no complaint is made as to any ruling of that court on any question of pleadings nor upon the admission or exclusion of evidence, nor upon any matter arising during the course of the trial. and no written propositions of law were submitted to the court, the record presents no question of law for the consideration of the Appellate Court.

2. APPEAL AND ERROR, § 1410*—*when finding not against weight of evidence.* Evidence on appeal from judgment by Municipal Court for plaintiff in action of first class, considered and *held* that finding of trial court was not manifestly against weight of evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.